400 A.2d 639

Commonwealth v. Bobby E. Lewis, Appellant.

Submitted December 14, 1977. John S. DiGiorgio, for appellant; Michael R. Stiles, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Order revoking appellant's parole is affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.